# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIVEMEPOWER CORPORATION,<br><br>  Plaintiff,<br>vs.<br><br>PACE COMPUMETRICS, INC.; TERRY RESNICK; JODY RESNICK; RONALD S. BERG; and RANDOLPH WILLIS,<br><br>  Defendants. | CASE NO. 07cv157 WQH(RBB)<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT**<br><br>(Doc. # 3) |

HAYES, Judge:

Pending before the Court is Defendant Pace Compumetrics, Inc.'s "Motion to Dismiss Complaint and Motion to Strike Portions of Complaint" ("Motion to Dismiss") (Doc. # 3), filed March 14, 2007. On March 16, 2007, Plaintiff filed a Verified First Amended Complaint, as was their right pursuant to the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 15(a) ("A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served...."); *see also Crum v. Circus Circus Enters.*, 231 F.3d 1129, 1130 n.3 (9th Cir. 2000) ("A motion to dismiss is not a 'responsive pleading' within the meaning of Rule 15."). Once filed, an amended complaint supersedes the original complaint in its entirety. *See London v. Coopers & Lybrand*, 644 F.2d 811, 814 (9th Cir. 1981). Defendant's Motion to Dismiss, addressing the original Complaint, became moot once the

1  Verified First Amended Complaint was filed. Therefore, Defendant's Motion to Dismiss (Doc.
2  # 3) is **DENIED AS MOOT**.
3  DATED: March 27, 2007

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge