**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

<u>GIVEMEPOWER CORP.</u> v. <u>PACE COMPUMETRICS</u>     Case No. <u>07cv0157 WQH(RBB)</u>
**Time Spent:** _

<u>HON. RUBEN B. BROOKS</u>     <u>CT. DEPUTY VICKY LEE</u>     <u>Rptr.</u>

<u>Attorneys</u>
<u>Plaintiffs</u>                                         <u>Defendants</u>

PROCEEDINGS:     ____ In Chambers     ____ In Court     ____ Telephonic

For good cause shown, Defendant Ronald Berg's ex parte request to appear by telephone at the early neutral evaluation conference set for September 14, 2007, at 8:30 a.m. is granted. Defendant Berg's counsel shall appear in person.

DATE: <u>September 10, 2007</u>     IT IS SO ORDERED:    *Ruben Brooks*
                                                         Ruben B. Brooks,
                                                         U.S. Magistrate Judge

cc:  Judge Hayes                                INITIALS: <u>VL (mg/irc)</u> Deputy
     All Parties of Record

K:\COMMON\BROOKS\CASES\GIVEMEPOWER0157\MINUTE01.WPD