**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

GIVEMEPOWER CORP. v. PACE COMPUMETRICS           Case No. 07cv0157 WQH(RBB)

**Time Spent:** _____

HON. RUBEN B. BROOKS      CT. DEPUTY VICKY LEE                              Rptr.

Attorneys

| Plaintiffs | Defendants |
|---|---|
| Thomas Frost | Ethan Boyer |
| Arian Baryalai | Kevin DeSantis |

PROCEEDINGS:    ___ In Chambers    ___ In Court    ___ Telephonic

Defendant's ex parte request to allow Defendant Berg to participate by telephone at the settlement conference set for March 10, 2008 at 1:30 p.m. is granted.

DATE: February 27, 2008         IT IS SO ORDERED:       *Ruben Brooks*
                                                         Ruben B. Brooks,
                                                         U.S. Magistrate Judge
cc:  Judge Hayes                                  INITIALS: VL (mg/irc) Deputy
     All Parties of Record