UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIVEMEPOWER CORPORATION, | ) Case No. 07-CV-0157-WQH-RBB |
| Plaintiff, | ) |
| vs. | ) ORDER GRANTING IN PART JOINT |
| | ) MOTION TO EXTEND EXPERT WITNESS |
| PACE COMPUMETRICS, INC.; TERRY RESNICK; JODI RESNICK; RONALD S. BERG; and RANDOLF WILLIS, | ) DESIGNATION DATES AND OTHER ) RELATED DATES |
| Defendants. | ) |

Upon review of the parties JOINT MOTION TO EXTEND EXPERT WITNTESS DESIGNATION DATES AND OTHER RELATED DATES and good cause appearing thereof,

IT IS SO ORDERED that Plaintiff shall serve on Defendants a list of expert witnesses that it expects to call at trial and accompanying written reports by June 2, 2008.  Defendants shall serve on Plaintiff a list of their expert witnesses that they expect to call at trial and accompanying written reports by July 14, 2008.  Each party may supplement its designation in response to the other party's designation by July 28, 2008.  All discovery must be completed by all parties by August 4,

//

//

//

1 | 2008. All pretrial motions must be filed by August 4, 2008. No other dates or deadlines contained
2 | in the Court's Case Management Order are affected by this Order.

IT IS SO ORDERED.

DATE: April 4, 2008

_____
U.S. MAGISTRATE JUDGE
HONORABLE RUBEN B. BROOKS