UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIVEMEPOWER CORPORATION, | ) Case No. 07-CV-0157-WQH-RBB |
| Plaintiff, | ) |
| vs. | ) ORDER DENYING SECOND JOINT |
| | ) MOTION TO EXTEND EXPERT WITNESS |
| PACE COMPUMETRICS, INC.; TERRY RESNICK; JODI RESNICK; RONALD S. BERG; and RANDOLF WILLIS, | ) DESIGNATION DATES AND OTHER ) RELATED DATES [DOC. NO. 74] |
| Defendants. | ) |

On April 2, 2008, the parties to this action filed a Joint Motion to Extend Expert Witness Designation Dates and Other Related Dates [doc. no. 72]. The Court, on April 4, 2008, issued its Order Granting in Part Joint Motion to Extend Expert Dates and Other Related Dates [doc. no. 73].

The Plaintiff and Defendants have now filed their SECOND JOINT MOTION TO EXTEND EXPERT WITNESS DESIGNATION DATES AND OTHER RELATED DATES [doc. no. 74].

The Second Joint Motion does not show good cause for the requested additional extension, and it fails to demonstrate that the parties have acted diligently to meet the deadlines set in the Court's Case Management Order [doc. no. 63] and Order Granting in Part Joint Motion to Extend [doc. no. 73].

- 1 -

1  Accordingly, the Second Joint Motion to Extend Expert Witness Designation Dates and
2  Other Related Dates is DENIED.
3      IT IS SO ORDERED.
4
5  DATE:   May 5, 2008
6                                 RUBEN B. BROOKS
                               UNITED STATES MAGISTRATE JUDGE