# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIVEMEPOWER CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>PACE COMPUMETRICS, INC.; TERRY RESNICK, JODY RESNICK; RONALD S. BERG; and RANDOLPH WILLIS,<br><br>　　　　　Defendants. | CASE NO. 07-CV-0157 WQH (RBB)<br><br>**ORDER STAYING PRODUCTION OF DOCUMENTS**<br><br>Judge:　Hon. Ruben B. Brooks<br>Action Filed:　January 25, 2007 |

Having considered the *ex parte* application of Defendant Pace Compumetrics, Inc. ("Pace") for an Order Staying Production of Documents Pursuant to Subpoenas Pending A Ruling on the Motion for Protective Order and to Quash the Third Party Subpoenas in the above-captioned matter and considering any opposition papers filed therewith and good cause appearing to the satisfaction of the Court:

IT IS HEREBY ORDERED that compliance with the subpoenas served on the three CB Richard Ellis entities, five Cushman & Wakefield entities and Broadreach Capital is stayed pending a ruling on Pace's Motion for A Protective Order and to Quash Third Party Subpoenas on July 14, 2008.

DATED: May 20, 2008

_____
Hon. Ruben B. Brooks